# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
## Urbana Division

| | |
|---|---|
| CLAUDIA K. COULTAS, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| COMMISSIONER OF SOCIAL ) | Case No. 05-2205 |
| SECURITY, sued as Jo Anne B. Barnhart, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

      In March 2005, Administrative Law Judge Barbara Welsh (hereinafter "ALJ") denied social security disability insurance benefits (hereinafter "DIB") to Plaintiff Claudia K. Coultas. The ALJ based her decision on findings that although Plaintiff suffered from severe impairments, she retained the capability of performing past relevant work, and she was also capable of performing a significant number of jobs available in the economy.

In September 2005, Plaintiff filed a Complaint (#1) against Defendant Jo Anne Barnhart, the Commissioner of Social Security, seeking judicial review of the final decision by the Commissioner of Social Security Administration (hereinafter "SSA") denying DIB. In May 2006, Plaintiff filed a Motion for Summary Judgment (#9), and in July 2006, Defendant filed a Motion for an Order Which Affirms the Secretary's Decision (#11). After reviewing the administrative record and the parties' memoranda, this Court recommended that Defendant's Motion for an Order Which Affirms the Secretary's Decision (#11) be granted. Consistent with that recommendation, the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Plaintiff's Motion for Summary Judgment **(#9)** be **DENIED**.

      The parties are advised that any objection to this recommendation must be filed in writing with the clerk within ten (10) working days after being served with a copy of this Report

and Recommendation.  *See* 28 U.S.C. § 636(b)(1).  Failure to object will constitute a waiver of objections on appeal.  *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 5th day of September, 2006.

                                                     s/ DAVID G. BERNTHAL
                                                  U.S. MAGISTRATE JUDGE